[840 NE2d 114, 806 NYS2d 145]

DANIEL B. PRIMEAU, Appellant, v TOWN OF AMHERST et al., Respondents.

Decided October 27, 2005

APPEARANCES OF COUNSEL

*Webster Szanyi LLP*, Buffalo (*Kevin A. Szanyi* of counsel), for appellant.

*De Marie & Schoenborn, P.C.*, Buffalo (*Joseph De Marie* of counsel), for respondents.

OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs.

The Appellate Division correctly concluded that "there is no valid line of reasoning and permissible inferences to support the

jury's finding that [the snowplow driver] acted with reckless disregard for the safety of others." The record is devoid of evidence supporting the verdict finding defendant driver guilty of operating a snowplow recklessly within the meaning of Vehicle and Traffic Law § 1103 (b) (*see Riley v County of Broome*, 95 NY2d 455, 465-466 [2000]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.